# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2008

136053

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE CITY OF WARREN,
       Plaintiff-Appellee,

v

                                    SC: 136053
                                    COA: 271008
                                    Macomb CC: 05-003758-AR
                                    37th DC: W042635

JOSEPH ANTHONY NYILOS,
       Defendant-Appellant.

_____/

       On order of the Court, the application for leave to appeal the January 22, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2008

_____
Clerk

p0616